1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   Kathryn A. Schofield (Bar No. 202939)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California  94598
4  Telephone: (925) 945-0200
   Facsimile:  (925) 945-0200
5
   Liaison Counsel for Plaintiffs
6
   SCHIFFRIN & BARROWAY LLP
7  Eric L. Zagar
   Sandra G. Smith
8  280 King of Prussia Road
   Radnor, PA  19087
9  Telephone:  (610) 667-7706

10 Lead Counsel for Plaintiffs

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                                                    *E-FILED - 10/18/06*
                          SAN JOSE DIVISION
14

15 In re INTEGRATED SILICON SOLUTION,     Master File No. C-06-04387 RMW
   INC. SHAREHOLDER DERIVATIVE
   LITIGATION,                            **STIPULATION AND [PROPOSED]**
16                                        **ORDER CONTINUING CASE**
                                          **MANAGEMENT CONFERENCE**
17 This Document Relates To:
      All cases
18

19

...

28
   STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
   MASTER FILE NO. C-06-04387 RMW
   48878

## STIPULATION

1 
2  *WHEREAS*, the action *Tope (derivatively on behalf of Integrated Silicon Solution, Inc.) v. Lee, et al.*, Case No. C06-04387 RMW was filed in this Court on July 18, 2006;

*WHEREAS*, the action *Donnelley (derivatively on behalf of Integrated Silicon Solution, Inc.) v. Lee, et al.*, Case No. C064545 RMW was filed in this Court on July 26, 2006;

*WHEREAS*, the cases were consolidated on August 22, 2006;

*WHEREAS*, the Initial Case Management Conference is currently scheduled for October 20, 2006;

*WHEREAS*, plaintiffs are to file their Consolidated Amended Complaint by October 23, 2006; and

*WHEREAS*, the parties believe that it is not in the interest of judicial economy to hold the Case Management Conference prior to the filing of the Consolidated Amended Complaint, and have arrived on a mutually agreeable alternate date for the Case Management Conference;

IT IS HEREBY STIPULATED that the parties agree to move the Case Management Conference from 10:30 a.m. on October 20, 2006 to 10:30 a.m. on December 8, 2006.   **15**   (jg)

IT IS SO STIPULATED.

Dated: October 10, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

_____
Kathryn A. Schofield

Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Liaison Counsel for Plaintiffs

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Lead Counsel for Plaintiffs

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-04387 RMW
48878

1

Dated: October 10, 2006                WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

                                              /s/ Nicole M. Healy
                                       ———————————————————
                                              Nicole M. Healy

                                       Jerome F. Birn, Jr.
                                       Lloyd Winawer
                                       Nicole M. Healy
                                       650 Page Mill Road
                                       Palo Alto, CA 94304-1050
                                       Telephone: (650) 493-9300
                                       Facsimile: (650) 565-5100

                                       Attorneys for Defendants

                                       *     *     *

                             Certification Pursuant to General Order 45

   I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest that Nicole Healy has concurred in this filing.

Dated: October 10, 2006
                                       ———————————————————
                                                Kathryn A. Schofield

                                       *     *     *


### ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October 18, 2006


                                              /s/ Ronald M. Whyte
                                       ———————————————————
                                       UNITED STATES DISTRICT JUDGE


STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MGT. CONFERENCE                    2
MASTER FILE NO. C-06-04387 RMW
48878