BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-0200

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Karen Reilly
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA          *E-FILED - 10/18/06*

SAN JOSE DIVISION

| In re INTEGRATED SILICON SOLUTION, INC., SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-06-04387 RMW |
|---|---|
| This Document Relates To:<br>ALL MATTERS | **STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** |

1  WHEREAS, counsel for Lead Plaintiffs and Defendants have met and conferred; and

2  WHEREAS, due to nominal defendant Integrated Silicon Solution, Inc.'s ongoing internal investigation regarding the facts alleged in Lead Plaintiffs' complaints, the parties have agreed to extend the schedule for filing of the Consolidated Complaint and for briefing any motion directed to the Consolidated Complaint; and

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs shall file and serve a Consolidated Complaint no later than November 27, 2006. The Consolidated Complaint shall supersede all existing complaints filed in the actions consolidated under the above caption. Defendants need not respond to the pre-existing complaints.

2. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than forty-five (45) days following the service of the Consolidated Complaint.

3. In the event that Defendants file and serve any motion directed to the Consolidated Complaint, Lead Plaintiffs shall file and serve their opposition no later than thirty (30) days following the service of Defendants' motion.

4. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so no later than thirty (30) days following the service of the opposition.

SO STIPULATED.

I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest that the other signatory has concurred in this filing.

| | | |
|---|---|---|
| 1 | Dated: October 13, 2006 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

*[signature: Kathryn A. Schofield]*

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Karen Reilly
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Lead Plaintiffs*


DATED: October 13, 2006            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

                                          /s/ Nicole M. Healy
                                   JEROME F. BIRN, JR., State Bar No. 128561
                                   LLOYD WINAWER, State Bar No. 157823
                                   NICOLE M. HEALY, State Bar No. 157417
                                   WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation
                                   650 Page Mill Road
                                   Palo Alto, California 94304-1050
                                   Telephone: (650) 493-9300
                                   Facsimile: (650) 565-5100

                                   *Attorneys for Defendants*


                                            *     *     *

---

1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/18/06               /s/ Ronald M. Whyte
                              UNITED STATES DISTRICT JUDGE