1  JEROME F. BIRN, JR., State Bar No. 128561
   LLOYD WINAWER, State Bar No. 157823
2  NICOLE M. HEALY, State Bar No. 157417
   MERAV A. MAGEN, State Bar No. 236144
3  CHRISTOPHER R. HOWALD, State Bar No. 243598
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
6  Facsimile:   (650) 565-5100
   Email: chowald@wsgr.com
7

8  Attorneys for Defendants
   INTEGRATED SILICON SOLUTION, INC.,
9  KONG YEU HAN, PAUL JEI-ZEN SONG,
   MICHAEL D. McDONALD, THOMAS C.                    E-FILED ***12/8/06***
10 DOCZY

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 In re INTEGRATED SILICON SOLUTION,    )    Master File No. C-06-04387 RMW
   INC. SHAREHOLDER DERIVATIVE           )
15 LITIGATION,                           )    **STIPULATION AND [PROPOSED]**
                                         )    **ORDER TO CONTINUE CASE**
16                                       )    **MANAGEMENT CONFERENCE**
                                         )
17                                       )
   This Document Relates To:            )
18                                       )
   ALL MATTERS                           )
19                                       )
                                         )
20

21

22

23

24

25

26

27

28

3003514_2.DOC

1    WHEREAS, Lead Plaintiffs filed a Consolidated Shareholder Derivative Complaint on

2  November 27, 2006;

3    WHEREAS, defendants' response to the Consolidated Shareholder Derivative Complaint

4  must be filed on or before January 11, 2007;

5    WHEREAS, there is a Case Management Conference currently scheduled in this matter

6  for December 15, 2006 at 10:30 a.m.;

7    WHEREAS, the parties believe that it would benefit the Court's and the parties'

8  resources to have the Initial Case Management Conference in this case occur after defendants'

9  response to the Consolidated Shareholder Derivative Complaint;

10    WHEREAS, the parties hereto have agreed, subject to the Court's approval, to continue

11  the Case Management Conference for 60 days until February 13, 2007, or such other date that

12  the Court deems appropriate;

13    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

14  subject to the approval of the Court, that the Case Management Conference scheduled in this

15  matter be continued for 60 days until February 13, 2007, or such other date that the Court deems

16  appropriate.

17  Dated:  December 6, 2006                           WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
18

19
                                                              s/  Nicole M. Healy
20                                                      Nicole M. Healy

21                                                      Attorneys for Defendants
                                                        Integrated Silicon Solution, Inc., Kong Yeu
22                                                      Han, Paul Jei-Zen Song, Michael D.
                                                        McDonald, Thomas C. Doczy
23

24  Dated:  December 6, 2006                           BRAMSON, PLUTZIK, MAHLER &
                                                        BIRKHAEUSER, LLP
25

26
                                                              s/ Kathryn A. Schofield
27                                                      Kathryn A. Schofield

28                                                      Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-06-04387

1    Dated:  December 6, 2006                          MORGAN, LEWIS & BOCKIUS LLP

2

3                                                            s/  William  H. Kimball
                                                          William H. Kimball
4
                                                         Attorneys for Defendant Jimmy S.M. Lee
5

6    Dated:  December 6, 2006                          COOLEY GODWARD KRONISH LLP

7
                                                             s/  William S. Freeman
8                                                         William S. Freeman
                                                          Attorneys for Defendant Gary L. Fischer
9

10   Dated:  December 6, 2006                          BERGESON, LLP

11

12                                                           s/ Daniel J. Bergeson
                                                          Daniel J. Bergeson
13
                                                         Attorneys for Defendant Lip-Bu Tan
14

15   Dated:  December 6, 2006                          WILMER CUTLER PICKERING HALE
                                                          AND DORR
16

17
                                                             s/ Mark D. Flanagan
18                                                        Mark D. Flanagan

19                                                       Attorneys for Defendant Hide Tanigami

20

21

22

23

24

25

26

27

28

-2-

1

[PROPOSED] ORDER

2        Upon stipulation of the parties, and good cause appearing, the Case Management

3   Conference is continued for 60 days until February 16, 2007.

4

5        IT IS SO ORDERED.

6

         12/8/06                                    /s/ Ronald M. Whyte
7        _____

                                           The Honorable Ronald M. Whyte
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3003514_2.DOC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-06-04387

1 | **ECF CERTIFICATION**

2   I, Nicole M. Healy, am the ECF User whose identification and password are being used

3 to file this Joint Stipulation and [Proposed] Order to Continue Case Management Conference.  In

4 compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this

5 filing.

6 Dated:  December 6, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
7

8
                                             By:        s/ Nicole M. Healy
9                                                      Nicole M. Healy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28