JEROME F. BIRN, JR., State Bar No. 128561
LLOYD WINAWER, State Bar No. 157823
NICOLE M. HEALY, State Bar No. 157417
MERAV A. MAGEN, State Bar No. 236144
CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chowald@wsgr.com

Attorneys for Defendants
INTEGRATED SILICON SOLUTION, INC.,
KONG YEU HAN, PAUL JEI-ZEN SONG,
MICHAEL D. McDONALD, THOMAS C. DOCZY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/18/07*

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL MATTERS | Master File No. C-06-04387 RMW<br><br>**STIPULATION AND [] SCHEDULING ORDER** |

3031805_1.DOC

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2  Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;
3  WHEREAS, Lead Plaintiffs filed their Consolidated Shareholder Derivative Complaint in
4  the instant action on November 27, 2006;
5  WHEREAS, the deadline for Defendants' responses to the Consolidated Shareholder
6  Complaint was extended by stipulation and order to February 12, 2007;
7  WHEREAS, the parties have met and conferred regarding the scheduling of the
8  Defendants' responses to the Consolidated Shareholder Derivative Complaint;
9  WHEREAS, ISSI intends to file restated financial statements with the Securities and
10 Exchange Commission and Lead Plaintiffs anticipate filing an Amended Shareholder Derivative
11 Complaint following their review of ISSI's restated financial statements;
12  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject
13 to the approval of the Court, that the Defendants shall have an additional thirty (30) days to file
14 their response to the Consolidated Shareholder Derivative Complaint, if that remains the operative
15 complaint; and
16  IT IS FURTHER STIPULATED AND AGREED that Defendants' responses to the
17 Consolidated Shareholder Derivative Complaint currently on file with the Court shall be filed on
18 or before March 14, 2007; Plaintiffs' Oppositions to any motions filed by the Defendants shall be
19 filed on or before April 13, 2007; and Defendants' reply briefs shall be filed on or before May 14,
20 2007; and
21  IT IS FURTHER STIPULATED AND AGREED that the Case Management Conference
22 currently scheduled for February 13, 2007 shall be rescheduled and held on the same date
23 scheduled by the Court for the hearing of Defendants' motions; and
24  IT IS FURTHER STIPULATED AND AGREED that if Plaintiffs choose to amend the
25 Consolidated Shareholder Derivative Complaint following their review of ISSI's restated financial
26 statements, that the parties shall meet and confer and present to the Court for its approval a
27 stipulated schedule for the filing of any amended complaint and any responses thereto.
28

| | | |
|---|---|---|
| 1 | Dated: January 16, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | _____s/ Nicole M. Healy_____<br>Nicole M. Healy |
| 5 | | Attorneys for Defendants<br>Integrated Silicon Solution, Inc., Kong Yeu Han, Paul Jei-Zen Song, Michael D. McDonald, Thomas C. Doczy |
| 8 | Dated: January 16, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 10 | | _____s/ Alan R. Plutzik_____<br>Alan R. Plutzik |
| 12 | | Attorneys for Plaintiffs |
| 14 | Dated: January 16, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 16 | | _____s/ William H. Kimball_____<br>William H. Kimball |
| 17 | | Attorneys for Defendant Jimmy S.M. Lee |
| 19 | Dated: January 16, 2007 | COOLEY GODWARD KRONISH LLP |
| 21 | | _____s/ William S. Freeman_____<br>William S. Freeman |
| 22 | | Attorneys for Defendant Gary L. Fischer |
| 24 | Dated: January 16, 2007 | BERGESON, LLP |
| 26 | | _____s/ Daniel J. Bergeson_____<br>Daniel J. Bergeson |
| 27 | | Attorneys for Defendant Lip-Bu Tan |

| | | |
|---|---|---|
| 1 | Dated: January 16, 2007 | WILMER CUTLER PICKERING HALE AND DORR |

                                                      s/ Mark D. Flanagan
                                      Mark D. Flanagan

                                      Attorneys for Defendant Hide Tanigami

**[ ORDER**

Upon stipulation of the parties, and good cause appearing, the Defendants shall have an additional thirty (30) days to file their response to the Consolidated Shareholder Derivative Complaint.

Defendants' response to the Consolidated Shareholder Derivative Complaint shall be filed on or before March 14, 2007;

Plaintiffs' Opposition to any motions filed by the Defendants shall be filed on or before April 13, 2007;

Defendants' reply briefs shall be filed on or before May 14, 2007; and

The Case Management Conference currently scheduled for February 13, 2007 shall be rescheduled, and shall be held on the same date of any hearing of Defendants' motions.

IT IS SO ORDERED.

Date: 1/18/07                                   *Ronald M. Whyte*
                                                _____
                                                The Honorable Ronald M. Whyte

## ECF CERTIFICATION

I, Nicole M. Healy, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated:  January 16, 2007    WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation


                            By:      s/ Nicole M. Healy
                                     Nicole M. Healy