JEROME F. BIRN, JR., State Bar No. 128561
LLOYD WINAWER, State Bar No. 157823
NICOLE M. HEALY, State Bar No. 157417
MERAV A. MAGEN, State Bar No. 236144
CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chowald@wsgr.com

Attorneys for Defendants
INTEGRATED SILICON SOLUTION, INC.,
KONG YEU HAN, PAUL JEI-ZEN SONG,
MICHAEL D. McDONALD, THOMAS C.
DOCZY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 3/14/07*

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-06-04387 RMW<br><br>**STIPULATION AND SCHEDULING ORDER** |
| This Document Relates To:<br><br>ALL MATTERS | |

3074780_1.DOC

1    WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2  Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;
3    WHEREAS, Lead Plaintiffs filed their Consolidated Shareholder Derivative Complaint in
4  the instant action on November 27, 2006;
5    WHEREAS, the deadline for Defendants' responses to the Consolidated Shareholder
6  Complaint was extended by stipulation and order to March 14, 2007;
7    WHEREAS, the parties have met and conferred regarding the scheduling of the
8  Defendants' responses to the Consolidated Shareholder Derivative Complaint;
9    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject
10 to the approval of the Court, that the Defendants shall have an additional sixty (60) days to file
11 their response to the Consolidated Shareholder Derivative Complaint; and
12   IT IS FURTHER STIPULATED AND AGREED that Defendants' responses to the
13 Consolidated Shareholder Derivative Complaint currently on file with the Court shall be filed on
14 or before May 14, 2007; Plaintiffs' Oppositions to any motions filed by the Defendants shall be
15 filed on or before June 12, 2007; and Defendants' reply briefs shall be filed on or before July 13,
16 2007.

Dated: March 9, 2007              WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                        s/ Nicole M. Healy
                                  Nicole M. Healy

                                  Attorneys for Defendants
                                  Integrated Silicon Solution, Inc., Kong Yeu
                                  Han, Paul Jei-Zen Song, Michael D.
                                  McDonald, Thomas C. Doczy


Dated: March 9, 2007              BRAMSON, PLUTZIK, MAHLER &
                                  BIRKHAEUSER, LLP


                                        s/ Alan R. Plutzik
                                  Alan R. Plutzik

                                  Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: March 9, 2007 | MORGAN, LEWIS & BOCKIUS LLP |

                                                                               s/ William H. Kimball
                                        William H. Kimball

Attorneys for Defendant Jimmy S.M. Lee

Dated: March 9, 2007                      COOLEY GODWARD KRONISH LLP

                                        s/ William S. Freeman
                                     William S. Freeman

Attorneys for Defendant Gary L. Fischer

Dated: March 9, 2007                      BERGESON, LLP

                                        s/ Daniel J. Bergeson
                                   Daniel J. Bergeson

Attorneys for Defendant Lip-Bu Tan

Dated: March 9, 2007                      WILMER CUTLER PICKERING HALE AND DORR

                                         s/ Mark D. Flanagan
                                   Mark D. Flanagan

Attorneys for Defendant Hide Tanigami

1  **ORDER**

2  Upon stipulation of the parties, and good cause appearing, the Defendants shall have an
3  additional sixty (60) days to file their response to the Consolidated Shareholder Derivative
4  Complaint.

5  Defendants' response to the Consolidated Shareholder Derivative Complaint shall be filed
6  on or before May 14, 2007;

7  Plaintiffs' Opposition to any motions filed by the Defendants shall be filed on or before
8  June 12, 2007; and

9  Defendants' reply briefs shall be filed on or before July 13, 2007.

11  IT IS SO ORDERED.

12  DATE: 3/14/07

13  *Ronald M. Whyte*
    _____
14  The Honorable Ronald M. Whyte

1  **ECF CERTIFICATION**

2  I, Christopher R. Howald, am the ECF User whose identification and password are being

3  used to file this Joint Stipulation and [Proposed] Scheduling Order.  In compliance with General

4  Order 45.X.B, I hereby attest that all parties have concurred in this filing.

5

6  Dated:  March 9, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
7

8
                                                      By:      s/ Christopher R. Howald
9                                                              Christopher R. Howald

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28