1  JEROME F. BIRN, JR., State Bar No. 128561
   LLOYD WINAWER, State Bar No. 157823
2  NICOLE M. HEALY, State Bar No. 157417
   MERAV A. MAGEN, State Bar No. 236144
3  CHRISTOPHER R. HOWALD, State Bar No. 243598
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile:  (650) 565-5100
   Email: nhealy@wsgr.com
7

8  Attorneys for Defendants
   KONG YEU HAN, PAUL JEI-ZEN SONG,
9  MICHAEL D. McDONALD, THOMAS C.
   DOCZY, and Nominal Defendant
10 INTEGRATED SILICON SOLUTION, INC.,

11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN JOSE DIVISION
15
                                                    ***E-FILED - 6/6/07***
16
   In re INTEGRATED SILICON SOLUTION,    Master File No. C-06-04387 RMW
17 INC. SHAREHOLDER DERIVATIVE
   LITIGATION,                           **STIPULATION AND []**
18                                       **SCHEDULING ORDER**

19
   This Document Relates To:
20
   ALL MATTERS
21

22

23

24

25

26

27

28

3116294_1.DOC

STIPULATION AND [] SCHEDULING ORDER
Case No. C-06-04387

1   WHEREAS, this is a consolidated shareholder derivative action purportedly brought on
2   behalf of Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;
3   WHEREAS, Lead Plaintiffs filed their Consolidated Shareholder Derivative Complaint in
4   the instant action on November 27, 2006;
5   WHEREAS, the deadline for Defendants' responses to the Consolidated Shareholder
6   Complaint was extended by stipulation and order to May 14, 2007;
7   WHEREAS, the parties have met and conferred regarding the scheduling of the
8   Defendants' responses to the Consolidated Shareholder Derivative Complaint;
9   WHEREAS, the parties have conferred and agreed to participate in non-binding
10  mediation in an effort to resolve this action;
11  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject
12  to the approval of the Court, that the Defendants shall have an additional ninety (90) days to file
13  their responses to the Consolidated Shareholder Derivative Complaint; and
14  IT IS FURTHER STIPULATED AND AGREED that Defendants' responses to the
15  Consolidated Shareholder Derivative Complaint currently on file with the Court shall be filed on
16  or before August 13, 2007; Plaintiffs' Oppositions to any motions filed by the Defendants shall be
17  filed on or before September 12, 2007; and Defendants' reply briefs shall be filed on or before
18  October 12, 2007.

20  Dated: May 14, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                                s/  Nicole M. Healy
23                                         Nicole M. Healy

24                                         Attorneys for Defendants Kong Yeu Han, Paul
                                           Jei-Zen Song, Michael D. McDonald, Thomas
25                                         C. Doczy, and Nominal Defendant Integrated
                                           Silicon Solution, Inc.

| | | |
|---|---|---|
| 1 | Dated:  May 14, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | |
| 3 | | _____s/ Alan R. Plutzik_____ |
| 4 | | Alan R. Plutzik |
| 5 | | Attorneys for Plaintiffs |
| 6 | Dated: May 14, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | _____s/  William  H. Kimball_____ |
| 9 | | William H. Kimball |
| 10 | | Attorneys for Defendant Jimmy S.M. Lee |
| 11 | Dated:  May 14, 2007 | COOLEY GODWARD KRONISH LLP |
| 12 | | |
| 13 | | _____s/  William S. Freeman_____ |
| 14 | | William S. Freeman |
| 15 | | Attorneys for Defendant Gary L. Fischer |
| 16 | Dated:  May 14, 2007 | BERGESON, LLP |
| 17 | | |
| 18 | | _____s/ Daniel J. Bergeson_____ |
| 19 | | Daniel J. Bergeson |
| 20 | | Attorneys for Defendant Lip-Bu Tan |
| 21 | Dated:  May 14, 2007 | WILMER CUTLER PICKERING HALE AND DORR |
| 22 | | |
| 23 | | _____s/ Mark D. Flanagan_____ |
| 24 | | Mark D. Flanagan |
| 25 | | Attorneys for Defendant Hide Tanigami |
| 26 | | |
| 27 | | |
| 28 | | |

**[] ORDER**

Upon stipulation of the parties, and good cause appearing, the Defendants shall have an additional ninety (90) days to file their response to the Consolidated Shareholder Derivative Complaint.

Defendants' response to the Consolidated Shareholder Derivative Complaint shall be filed on or before August 13, 2007;

Plaintiffs' Opposition to any motions filed by the Defendants shall be filed on or before September 12, 2007; and

Defendants' reply briefs shall be filed on or before October 12, 2007.

IT IS SO ORDERED.

Dated: 6/6/07

*Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte

## ECF CERTIFICATION

I, Nicole M. Healy, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated:  May 14, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation


                                                        By:      s/ Nicole M. Healy
                                                                Nicole M. Healy