1  JEROME F. BIRN, JR., State Bar No. 128561
   NICOLE M. HEALY, State Bar No. 157417
2  MERAV A. MAGEN, State Bar No. 236144
   CHRISTOPHER R. HOWALD, State Bar No. 243598
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email: nhealy@wsgr.com

7  Attorneys for Defendants
   KONG YEU HAN, PAUL JEI-ZEN SONG,
8  MICHAEL D. McDONALD, THOMAS C.
   DOCZY, and Nominal Defendant
9  INTEGRATED SILICON SOLUTION, INC.

10

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

*E-FILED - 8/8/07*

15

16 | In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-06-04387 RMW
17 | | **STIPULATION AND [] SCHEDULING ORDER**
18 | |
19 | This Document Relates To: |
20 | ALL MATTERS |
21

22

23

24

25

26

27

28

3160721_1.DOC

STIPULATION AND [] SCHEDULING ORDER
Case No. C-06-04387

1     WHEREAS, this is a consolidated shareholder derivative action purportedly brought on behalf of Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;

WHEREAS, Lead Plaintiffs filed their Consolidated Shareholder Derivative Complaint in the instant action on November 27, 2006;

WHEREAS, the deadline for Defendants' responses to the Consolidated Shareholder Complaint was extended by stipulation and order to August 13, 2007;

WHEREAS, the parties have met and conferred and agreed to participate in non-binding mediation in an effort to resolve this action;

WHEREAS, the parties request that the Court enter an Order referring the parties to mediation before United States Magistrate Judge Richard Seeborg;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Magistrate Judge Seeborg's calendar, that mediation will be scheduled within ninety (90) days of this Order and if mediation is not scheduled within that time, unless the parties so stipulate or unless either this Court or Magistrate Judge Seeborg otherwise so order, Defendants will respond to the Consolidated Shareholder Derivative Complaint within one hundred twenty (120) days of this Order;

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that in the event that mediation is unsuccessful, Defendants will respond to the Consolidated Shareholder Derivative Complaint within thirty (30) days of the date of their mediation.

Dated: July 28, 2007               WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                        s/ Nicole M. Healy
                                        Nicole M. Healy

                                    Attorneys for Defendants Kong Yeu Han, Paul Jei-Zen Song, Michael D. McDonald, Thomas C. Doczy, and Nominal Defendant Integrated Silicon Solution, Inc.

| | | |
|---|---|---|
| 1 | Dated:  July 28, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | |
| 3 | | <u>        s/ Alan R. Plutzik            </u><br>Alan R. Plutzik |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |
| 6 | Dated: July 28, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | <u>        s/  William  H. Kimball            </u><br>William H. Kimball |
| 9 | | |
| 10 | | Attorneys for Defendant Jimmy S.M. Lee |
| 11 | Dated:  July 28, 2007 | COOLEY GODWARD KRONISH LLP |
| 12 | | |
| 13 | | <u>        s/  William S. Freeman            </u><br>William S. Freeman |
| 14 | | |
| 15 | | Attorneys for Defendant Gary L. Fischer |
| 16 | Dated:  July 28, 2007 | BERGESON, LLP |
| 17 | | |
| 18 | | <u>        s/ Daniel J. Bergeson            </u><br>Daniel J. Bergeson |
| 19 | | |
| 20 | | Attorneys for Defendant Lip-Bu Tan |
| 21 | Dated:  July 28, 2007 | WILMER CUTLER PICKERING HALE AND DORR |
| 22 | | |
| 23 | | |
| 24 | | <u>        s/ Mark D. Flanagan            </u><br>Mark D. Flanagan |
| 25 | | Attorneys for Defendant Hide Tanigami |
| 26 | | |
| 27 | | |
| 28 | | |

**[] ORDER**

Pursuant to the parties' stipulation to participate in non-binding mediation and to further the Court's objective of promoting justice through the timely and expeditious handling of all actions and FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties participate in a non-binding mediation of this case before Hon. Richard Seeborg at such time and in such manner as Judge Seeborg may direct;

IT IS FURTHER ORDERED that, subject to Magistrate Judge Seeborg's calendar, mediation will be scheduled within ninety (90) days of this Order. and if mediation is not scheduled within that time, unless the parties so stipulate or unless either this Court or Magistrate Judge Seeborg otherwise so order, Defendants shall respond to the Consolidated Shareholder Derivative Complaint within one hundred twenty (120) days of this Order;

IT IS FURTHER ORDERED that the Defendants shall respond to the Consolidated Shareholder Derivative Complaint within thirty (30) days of the mediation date if the mediation is unsuccessful.

IT IS SO ORDERED.

Dated: 8/8/07

_Ronald M. Whyte_
The Honorable Ronald M. Whyte

**ECF CERTIFICATION**

I, Nicole M. Healy, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated:  July 28, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                                              Professional Corporation


                                                                     By:  _____s/ Nicole M. Healy_____
                                                                                         Nicole M. Healy