JEROME F. BIRN, JR., State Bar No. 128561
NICOLE M. HEALY, State Bar No. 157417
MERAV A. MAGEN, State Bar No. 236144
CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nhealy@wsgr.com

*E-FILED 10/2/07*

Attorneys for Defendants
KONG YEU HAN, PAUL JEI-ZEN SONG,
MICHAEL D. McDONALD, THOMAS C.
DOCZY, and Nominal Defendant
INTEGRATED SILICON SOLUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL MATTERS | Master File No. C-06-04387 RMW<br><br>**[PROPOSED] ORDER RE ATTENDANCE AT MEDIATION** |

3204699_1.DOC

1    WHEREAS, this is a consolidated shareholder derivative action purportedly brought on

2 behalf of Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;

3    WHEREAS, pursuant to Stipulation, the Court entered an Order referring the parties to

4 this action to mediation before United States Magistrate Judge Richard Seeborg; and

5    WHEREAS the parties to a substantially similar state action captioned *Alex Chuzhoy v.*

6 *Jimmy S.M. Lee, et al.*, Case No. 1:06-CV-074031 (Santa Clara County Superior Court) have

7 also agreed to mediate that action before this Court; and

8    WHEREAS, the parties are in receipt of Judge Seeborg's Settlement Conference Order

9 dated August 14, 2007; and

10    WHEREAS, the parties have agreed that the August 14, 2007 Order should be modified

11 as set forth in a letter submitted to Judge Seeborg on September 28, 2007;

12    FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that counsel from the

13 law firms identified below shall attend the mediation on behalf of their respective clients; and

14    IT IS HEREBY FURTHER ORDERED that that none of the individual plaintiffs or

15 defendants shall be required to attend the mediation;

16    IT IS HEREBY FURTHER ORDERED that plaintiffs' counsel in the federal action,

17 specifically, Schiffrin Barroway Topaz & Kessler, and in the state action, Coughlin Stoia Geller

18 Rudman & Robbins, shall attend the mediation on behalf of the plaintiffs; and

19    IT IS HEREBY FURTHER ORDERED that Wilson Sonsini Goodrich & Rosati, counsel

20 for ISSI, and individual defendants Thomas Doczy, Chang-Chaio Han, Kong-Yeu Han, Scott D.

21 Howarth, Ching-Jen Hu, Paul Jei-Zen Song, Ping K. Ko, Michael McDonald, and Bruce A.

22 Wooley, in the federal and state actions, shall attend the mediation along with Melvin Keating, a

23 director of ISSI; and

24    IT IS HEREBY FURTHER ORDERED that Cooley Godward Kronish, counsel for Gary

25 L. Fischer, shall attend the mediation; and

26    IT IS HEREBY FURTHER ORDERED that Tressler, Soderstrom, Maloney & Preiss,

27 LLP, counsel for Admiral Insurance Company and a representative of Admiral shall attend the

28

1 mediation. Counsel for the first and second excess carriers, respectively, Old Republic Insurance
2 Company and Lloyd's of London, shall be available by telephone; and
3     IT IS HEREBY FURTHER ORDERED that counsel for Chief Executive Officer, Jimmy
4 S.M. Lee and former directors Lip-Bu Tan and Hide Tanigami are not required to attend the
5 mediation.
6     IT IS SO ORDERED.

8 DATED: __October 2__, 2007

10     _____
    United States Magistrate Judge Richard Seeborg