**\*E-FILED 10/17/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION INC. SHAREHOLDER DERIVATIVE LITIGATION, | No.  C 06-04387 RMW  (PVT) |
| | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| This Document Relates to:<br>　　ALL MATTERS.<br>_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **December 18, 2007 at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

　　1.　　**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

　　2.　　The parties shall lodge with the Court updated confidential settlement conference statements no later than **December 11, 2007**.

///

///

1        3.    The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at
2   408/535-5357 if this case settles prior to the date set for further settlement conference.
3        IT IS SO ORDERED.

4   Dated:  10/17/07

   _____
   RICHARD SEEBORG
   United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Lawrence Timothy Fisher     ltfisher@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Nicole M. Healy     nhealy@wsgr.com

Christopher R. Howald     chowald@wsgr.com

James Arthur Maro     jmaro@sbtklaw.com, der_filings@sbtklaw.com

Alan R Plutzik     aplutzik@bramsonplutzik.com

Kathryn Anne Schofield     kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Eric L. Zagar     ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 10/17/07

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*