**\*E-FILED\***
**December 7, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>ALL MATTERS.<br>_____/ | No. C 06-04387 RMW (PVT)<br><br>**ORDER RESCHEDULING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the further settlement conference previously scheduled for **December 18, 2007** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **January 10, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated October 17, 2007, shall remain in effect.

1   The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2   prior to the date set for settlement conference.

4   Dated:   December 7, 2007

    _____
    RICHARD SEEBORG
    United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Lawrence Timothy Fisher    ltfisher@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Nicole M. Healy    nhealy@wsgr.com

Christopher R. Howald    chowald@wsgr.com

James Arthur Maro    jmaro@sbtklaw.com, der_filings@sbtklaw.com

Alan R Plutzik    aplutzik@bramsonplutzik.com

Kathryn Anne Schofield    kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Eric L. Zagar    ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 7, 2007

                                  CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                  By:    /s/ *BAK*