1 | JEROME F. BIRN, JR., State Bar No. 128561
NICOLE M. HEALY, State Bar No. 157417
2 | CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100
Email: nhealy@wsgr.com

Attorneys For Nominal Defendant
INTEGRATED SILICON SOLUTION, INC.,
and Individual Defendants KONG YEU HAN,
PAUL JEI-ZEN SONG, MICHAEL D. McDONALD,
THOMAS C. DOCZY. PING K. KO,
and BRUCE A. WOOLEY

E-FILED 7/9/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL MATTERS | Master File No. C-06-04387 RMW<br><br>**STIPULATION AND** \|xxxxxxxxxxx\|<br>**SCHEDULING ORDER** |

3382056_1.DOC

1    WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2    Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;
3    WHEREAS, the parties have agreed to settle and resolve the claims asserted in the
4    litigation;
5    WHEREAS, the parties have met and conferred regarding the scheduling of a
6    preliminary hearing to approve the settlement;
7    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject
8    to the approval of the Court, that the Court shall hold a hearing on July 25, 2008 at 9:00 a.m. to
9    consider whether to preliminarily approve the settlement of this action; and
10    IT IS FURTHER STIPULATED AND AGREED that the parties shall file their Stipulation
11    of Settlement and the exhibits thereto no later than ten (10) days before such hearing, that is on or
12    before July 15, 2008.

Dated: June 12, 2008                        WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                                 s/ Nicole M. Healy
                                            _____
                                            Nicole M. Healy

                                            Attorneys for Nominal Defendant Integrated Silicon
                                            Solution, Inc., and Individual Defendants Kong Yeu
                                            Han, Paul Jei-Zen Song, Michael D. McDonald,
                                            Thomas C. Doczy. Ping K. Ko, and Bruce A.
                                            Wooley

Dated: June 12, 2008                        SCHIFFRIN BARROWAY TOPAZ &
                                            KESSLER, LLP


                                                 s/ Eric L. Zagar
                                            _____
                                            Eric L. Zagar

                                            NIX PATTERSON & ROACH, L.L.P.


                                                 s/ Jeffrey J. Angelovich
                                            _____
                                            Jeffrey J. Angelovich

                                            Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: June 12, 2008 | MORGAN, LEWIS & BOCKIUS LLP |

                                                    s/ William H. Kimball
                                                    William H. Kimball

                                                    Attorneys for Defendant Jimmy S.M. Lee

Dated: June 12, 2008                    COOLEY GODWARD KRONISH LLP

                                                    s/ William S. Freeman
                                                    William S. Freeman

                                                    Attorneys for Defendant Gary L. Fischer

Dated: June 12, 2008                    BERGESON, LLP

                                                    s/ Daniel J. Bergeson
                                                    Daniel J. Bergeson

                                                    Attorneys for Defendant Lip-Bu Tan

Dated: June 12, 2008                    WILMER CUTLER PICKERING HALE
                                                    AND DORR

                                                    s/ Mark D. Flanagan
                                                    Mark D. Flanagan

                                                    Attorneys for Defendant Hide Tanigami

XXXXXXXXXXXXX )RDER

1. Upon stipulation of the parties, and good cause appearing, the Court shall hold a hearing on July 25, 2008 at 9:00 a.m. to consider whether to preliminarily approve the settlement of this action; and

    The parties shall file their Stipulation of Settlement and exhibits thereto no later than ten (10) days before such hearing, that is on or before July 15, 2008.

    IT IS SO ORDERED.

7/9/08

./s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte

## ECF CERTIFICATION

I, Nicole M. Healy am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated: June 13, 2008                              WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


                                                  By:    s/ Nicole M. Healy
                                                         Nicole M. Healy