JEROME F. BIRN, JR., State Bar No. 128561
NICOLE M. HEALY, State Bar No. 157417
CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nhealy@wsgr.com

Attorneys For Nominal Defendant
INTEGRATED SILICON SOLUTION, INC.,
and Individual Defendants KONG YEU HAN,
PAUL JEI-ZEN SONG, MICHAEL D. McDONALD,
THOMAS C. DOCZY. PING K. KO,
and BRUCE A. WOOLEY

*E-FILED - 7/9/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INTEGRATED SILICON SOLUTION, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-06-04387 RMW  **\*AMENDED\* STIPULATION AND [] SCHEDULING ORDER** |
| This Document Relates To:  ALL MATTERS | |

3382056_1.DOC

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2  Integrated Silicon Solution, Inc. ("ISSI") against certain officers and directors of ISSI;
3  WHEREAS, the parties have agreed to settle and resolve the claims asserted in the
4  litigation;
5  WHEREAS, the parties have met and conferred regarding the scheduling of a
6  preliminary hearing to approve the settlement;
7  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject
8  to the approval of the Court, that the Court shall hold a hearing on August 8, 2008 at 9:00 a.m. to
9  consider whether to preliminarily approve the settlement of this action; and
10  IT IS FURTHER STIPULATED AND AGREED that the parties shall file their Stipulation
11  of Settlement and the exhibits thereto no later than ten (10) days before such hearing, that is on or
12  before July 28, 2008.

Dated:  June 12, 2008         WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                                   s/ Nicole M. Healy
                              ─────────────────────────────
                              Nicole M. Healy

                              Attorneys for Nominal Defendant Integrated Silicon
                              Solution, Inc., and Individual Defendants Kong Yeu
                              Han, Paul Jei-Zen Song, Michael D. McDonald,
                              Thomas C. Doczy. Ping K. Ko, and Bruce A.
                              Wooley

Dated:  June 12, 2008         SCHIFFRIN BARROWAY TOPAZ &
                              KESSLER, LLP

                                   s/ Eric L. Zagar
                              ─────────────────────────────
                              Eric L. Zagar

                              NIX PATTERSON & ROACH, L.L.P.

                                   s/ Jeffrey J. Angelovich
                              ─────────────────────────────
                              Jeffrey J. Angelovich

                              Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: June 12, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | _s/ William H. Kimball_ |
| 4 | | William H. Kimball |
| 5 | | Attorneys for Defendant Jimmy S.M. Lee |
| 6 | Dated: June 12, 2008 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | _s/ William S. Freeman_ |
| 9 | | William S. Freeman |
| 10 | | Attorneys for Defendant Gary L. Fischer |
| 11 | Dated: June 12, 2008 | BERGESON, LLP |
| 12 | | |
| 13 | | _s/ Daniel J. Bergeson_ |
| 14 | | Daniel J. Bergeson |
| 15 | | Attorneys for Defendant Lip-Bu Tan |
| 16 | Dated: June 12, 2008 | WILMER CUTLER PICKERING HALE AND DORR |
| 17 | | |
| 18 | | _s/ Mark D. Flanagan_ |
| 19 | | Mark D. Flanagan |
| 20 | | Attorneys for Defendant Hide Tanigami |

1 **[] ORDER**

2 Upon stipulation of the parties, and good cause appearing, the Court shall hold a hearing
3 on August 8, 2008 at 9:00 a.m. to consider whether to preliminarily approve the settlement of this
4 action; and
5 The parties shall file their Stipulation of Settlement and exhibits thereto no later than ten
6 (10) days before such hearing, that is on or before July 28, 2008.

8 IT IS SO ORDERED.

10 Dated: 7/9/08    ___*Ronald M. Whyte*___
   The Honorable Ronald M. Whyte

## ECF CERTIFICATION

I, Nicole M. Healy am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated: June 13, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:   s/ Nicole M. Healy
                                                      Nicole M. Healy